**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                        ) | CASE NO: 2:07-CR-172-MEF |
| ) | |
| DONALD KING                  ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman and, pursuant to 18 U.S.C. § 3161 (h), respectfully moves this Court to move this matter for trial from the October 2, 2007 trial docket to the Court's next trial docket, including January 2008.

In support of this Motion, defendant would show:

1. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does not oppose this motion.

2. This indictment was filed on August 15, 2007 and Mr. King appeared for initial appearance and arraignment on August 22, 2007. The matter has thus been set for trial only 42 days from arraignment.

3. The Indictment charges that Mr. King has felony convictions which were entered in 1982 and that Mr. King possessed a firearm in March 2004.

4. This matter has been set for trial approximately 42 days after arraignment, although it concerns matters which are alleged to have occurred over three years ago.

5. Additional time is necessary for pretrial investigation and adequate preparation

of a defense to this matter. The interests of justice would thus be served by a continuance of this case.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org