IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr172-MEF |
| | ) | |
| DONALD KING | ) | |
| | ) | |

## CONSENT

I, DONALD KING, hereby declare my intention to enter a plea of guilty in the above

case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate

Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure

incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I

understand that the District Judge to whom this case is assigned will decide later whether to

accept or reject any plea agreement I may have with the United States and will impose sentence.

DATED this the 9th day of January, 2008.

_____
Defendant

_____
Attorney