**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-172-MEF** |
| | ) | |
| **DONALD KING** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman and respectfully moves this Court to move this matter from April 3, 2008 sentencing docket, to a later date.

In support of this Motion, defendant would show:

1. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

2. Undersigned counsel is scheduled to attend a conference in Ft. Lauderdale, Florida on April 2 - 4 and to serve on a panel presentation at that conference.

3. Mr. King is not in custody at the present time.

4. Neither party will be prejudiced by this continuance.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

        Respectfully submitted,

        <u>s/Christine A. Freeman</u>
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407

Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org