IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:07-cr-172-MEF |
| ) | |
| DONALD KING ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing (Doc. #25) filed on March 28, 2008, it is hereby

ORDERED that the motion is GRANTED and the sentencing hearing set for April 3, 2008 is continued to April 22, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 31st day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE