IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-172-MEF |
| | ) | |
| DONALD KING | ) | |

# **O R D E R**

It is hereby ORDERED that the sentencing hearing set for April 22, 2008 is continued to April 25, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 2nd day of April, 2008.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE