AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

| | |
|---|---|
| DEFENDANT: | DONALD KING |
| CASE NUMBER: | 2:07CR172-MEF-01 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Eighteen (18) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where substance abuse treatment is available.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **July 7, 2008**.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **7-7-2008** to **FPC mon**

at **Maxwell AFB, AL 36112**, with a certified copy of this judgment.

**J. A. Keller, Warden**
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED
AUG 11 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.